IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TYRONE JAMES,                                    :
                                                 :
            Petitioner(s),                        :
                                                 :    Case Number: 1:06cv212
      vs.                                         :
                                                 :    District Judge Susan J. Dlott
WARDEN, LEBANON CORRECTIONAL                      :
INSTITUTION,                                      :
                                                 :
            Respondent(s).                        :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Hogan filed on July 18, 2007(Doc. 6), to whom this case was referred pursuant

to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for

filing such objections under Fed. R. Civ. P. 72(b) expired August 7, 2007, hereby ADOPTS said

Report and Recommendations.

Accordingly, Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254

(Doc. 1) is **DENIED** with prejudice.

A certificate of appealability will not issue with respect to petitioner's claims for relief,

which this Court has concluded are waived and thus barred from review on a procedural ground,

because "jurists of reason would not find it debatable as to whether this Court is correct in its

procedural ruling" under the first prong of the applicable two-part standard enunciated in *Slack*

*v. McDaniel,* 529 U.S. 473, 484-85 (2000).

With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the

Court will certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any order adopting this

Report and Recommendation will not be taken in "good faith," and therefore **DENIES** petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity.  *See* Fed.R. App.P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

_

      s/Susan J. Dlott
Susan J. Dlott
United States District Judge